IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL No. 1968

This Document Relates to:

WANDA M. MASSEY, as Administratrix
for the Estate of Roland Massey, Sr.

    Plaintiff,

v.                            Case No:    CA2:08-1116

ACTAVIS GROUP; ACTAVIS TOTOWA, LLC;
MYLAN BERTEK PHARMACEUTICALS, INC.;
and UDL LABORATORIES, INC.

    Defendants.

## AGREED ORDER FOR DISMISSAL

NOW COMES Plaintiff Wanda M. Massey, as Administratrix for the Estate of Roland Massey, Sr., by and through counsel, and the Defendants Actavis Group; Actavis Totowa, LLC; Mylan Bertek Pharmaceuticals, Inc.; and UDL Laboratories, Inc., by and through counsel, under Rule 41(a) of the Federal Rules of Civil Procedure, and hereby dismisses the above-captioned case, with prejudice against Defendants.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants are dismissed, WITH PREJUDICE, from this civil action. It is further ORDERED that the Clerk of this Court is directed to send copies of this Order to all counsel of record.

Entered this 24 day of August 2009.

Honorable Joseph R. Goodwin